NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-610

CAROLYN TEZENO

VERSUS

SAFEWAY INS. CO. OF LOUISIANA, ET AL.

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 63889
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

**********

NED E. DOUCET JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet Jr., Chief Judge, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED.

Sherman Stanford
P. O. Box 1237
Opelousas, LA 70570
Counsel for: Plaintiff-Appellee
      Carolyn Tezeno

Joana Ortego LaBruyere
P. O. Box 4305
Lafayette, LA 70502-4305
Counsel for: Defendant Appellant
      Safeway Ins. Co. of Louisiana and Allen Myles